IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| U'GUNDI JACOBS, | § | |
| | § | No. 299, 2025 |
| Defendant Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | C.A. No. N22C-06-008 |
| PARKWAY LIQUORS INC., | § | |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: January 30, 2026
Decided:    March 16, 2026

Before **TRAYNOR**, **LEGROW**, and **GRIFFITHS**, Justices.

## **ORDER**

After considering the opening and answering briefs and the record below, we find it evident that the Superior Court's judgment should be affirmed on the basis of the court's June 9, 2025 letter opinion.

NOW, THEREFORE, IT IS ORDERED that judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Abigail M. LeGrow*
Justice